Good morning, Your Honors. May it please the Court. It's my privilege and pleasure this morning to introduce and move the admission of three law clerks from the Chambers of the Honorable Julia Smith Gibbons. First, I introduce Aaron Beach Edwards, who is a member of the Rules of this Court. Next, I introduce Josia Liana Klein. She is a member of the Bar of the State of New York and is otherwise qualified under the Rules of this Court. And third, but not least, I introduce Natasha Eileen Berrican-Ulate. She is a member of the Bar of the State of Florida and is otherwise qualified under the Rules of this Court. I herewith move their admission. We will grant admission of these three worthy admittees to the Bar of the Sixth Circuit. This takes me back to the time I was a law clerk on the Court that was admitted to the Bar during the year of my clerkship. But we aren't going to talk about how many years. No, no, no, we will not. Well, you will be admitted upon the administration of the oath. Raise your right hand, please. Do you solemnly swear that you will demean yourself as an attorney and counselor of this Court and that you will support and defend the Constitution of the United States, so help you God? I do. Thank you, congratulations, and welcome to the Court. Thank you. Thank you. Thank you, Your Honors. Thank you, Ms. Hunt.